IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **VIVID SEATS LLC,**<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>**DIGI PORTAL LLC,**<br><br>　　　　　　　　Defendant. | C.A. No. 1:20-cv-04042<br><br>**JURY TRIAL DEMANDED**<br><br>**PATENT CASE** |

### DECLARATION OF GAUTHAM BODEPUDI

I, Gautham Bodepudi, declare as follows:

1. I have personal knowledge of the facts set forth in this Declaration. I am competent to testify as to all matters stated, and I am not under any legal disability that would in any way preclude me from testifying.

2. I am a managing partner of IP EDGE LLC.

3. I live in Texas and have lived in Texas for eight years.

4. IP EDGE LLC is a Texas limited liability company with a mailing address at 5300 N Braeswood Blvd Ste 4 -V620, Houston, TX 77096.

5. IP EDGE LLC serves as a licensing advisor for Digi Portal. IP EDGE LLC is not a law firm.

6. As a representative of IP EDGE, I sent a letter on behalf of Digi Portal to Vivid Seats LLC on June 26, 2020. My letter requested an initial response within two weeks of the date of the letter, *i.e.*, July 10, 2020. I did not receive a response from Vivid Seats LLC before July 10, 2020.

7. Attached as Exhibit A is a true and correct copy of the letter, without attached patents and claim charts, I sent on behalf of Digi Portal to Vivid Seats LLC on June 26, 2020.

1

8. I am registered as an Illinois attorney; however, I do not practice law in Illinois.

I declare under penalty of perjury that the foregoing is true and correct and that I have signed this declaration in Austin, Texas on August 24, 2020.

_____
Guatham Bodepudi