**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| VIVID SEATS LLC,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>DIGI PORTAL LLC,<br><br>　　　　　　　　　　Defendant. | Case No. 1:20-cv-04042<br><br>Judge John F. Kness |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Vivid Seats LLC and Defendant Digi Portal LLC, pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss all claims in this action asserted between them WITH PREJUDICE with each Party to bear its own costs, expenses, and attorneys' fees.

December 12, 2020                                     Respectfully Submitted,

| | |
|---|---|
| */s/ Mike R. Turner*<br>Kevin C. May<br>(ARDC No. 6237636)<br>Mike R. Turner<br>(ARDC No. 6297803)<br>Andrew C. Wood<br>(ARDC No. 6324865)<br>Neal, Gerber & Eisenberg LLP<br>Two North LaSalle Street<br>Suite 1700<br>Chicago, Illinois 60602<br>Telephone: (312) 269-8000<br>Facsimile: (312) 269-1747<br>mturner@nge.com<br>kmay@nge.com<br>awood@nge.com<br><br>*Counsel for Plaintiff*<br>*Vivid Seats LLC* | */s/ David R. Bennett*<br>David R. Bennett<br>(ARDC No. 6244214)<br>Direction IP Law<br>P.O. Box 14184<br>Chicago, IL 60614-0184<br>Telephone: (312) 291-1667<br>e-mail: dbennett@directionip.com<br><br>*Counsel for Defendant*<br>*Digi Portal LLC* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on December 12, 2020, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5.

*/s/ David R. Bennett*
David R. Bennett